IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ORTEZ REMODELING, LLC

    Plaintiff,

vs.                                                Case No. 1:23-cv-24305

ADIVO CONSTRUCTION CORP. and
ZVI LEVIN,

    Defendants.

_____/

**ADIVO CONSTRUCTION CORP.'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, Adivo Construction Corp. ("Adivo") by and through its undersigned counsel, hereby answers the Complaint filed by Plaintiff, Ortez Remodeling, LLC ("Ortez") as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted.

**Count I – Goods Sold and Services Rendered**
**(Against Adivo)**

26. Denied.

27. Admitted.

28. Denied.

**Count II – Open Account**
**(Against Adivo)**

29. Denied.

30. Admitted.

31. Denied.

**Count III – Account Stated**
**(Against Adivo)**

32. Denied.

33. Admitted.

34. Admitted.

35. Denied.

36. Denied.

37. Denied.

**Count IV – Piercing the Corporate Veil**
**(Against Levin)**

38. Denied.

39. Denied.

40. Admitted.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

**Count V – Unjust Enrichment**
**(Against Adivo)**

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

### Count VI – Unjust Enrichment
### (Against Levin)

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

Ortez's claims against Adivo are offset by principles of setoff and/or recoupment. On or about February 2023, Adivo learned that Ortez did not carry adequate insurance. Adivo procured that insurance for Ortez at a cost to Adivo. Ortez has not reimbursed Adivo. Accordingly, if Ortez obtains a judgment against Adivo, Adivo is entitled to offset the value of the insurance.

## **RESERVATION**

Adivo reserves the right to amend and assert any additional or revised affirmative defenses that it may learn during the course of discovery.

                      Respectfully submitted,

                      **SHRAIBERG PAGE, P.A.**
                      Attorneys for Adivo
                      2385 NW Executive Center Drive, Suite 300
                      Boca Raton, Florida 33431
                      Telephone: 561-443-0800
                      Facsimile: 561-998-0047
                      Email: shess@slp.law

            By: */s/ Samuel W. Hess*
                      Samuel W. Hess
                      Florida Bar No. 1044184

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to those parties registered to receive electronic notice in this case on January 10, 2024.

                                                          /s/ *Samuel W. Hess*